**V. V. Rardin, appellee, v. David Hartley, appellant.**

Suit for money for legal services. Judgment for plaintiff. Appeal

from the Circuit Court of Edgar county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed April 23, 1923.

Wilber H. Hickman, for appellant. Dyas & Redman and Burnie McClain, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.